PLAINTIFF'S EXHIBIT 1

**Richard Keller**

Last day worked: 1/21/2018

| Pay Period | OT hours | Reg.Pay Rate | Half-pay | Half-time owed |
|---|---|---|---|---|
| 01/08/18 - 01/21/18 | 1.97 | $ 12.00 | $ 6.00 | $ 11.82 |
| 12/25/17 - 01/07/18 | 1.35 | $ 12.00 | $ 6.00 | $ 8.10 |
| 12/11/17 - 12/24/17 | 5.82 | $ 12.00 | $ 6.00 | $ 34.92 |
| 11/27/17 - 12/10/17 | 0.00 | $ 12.00 | $ 6.00 | $ - |
| 11/13/17 - 11/26/17 | 1.00 | $ 12.00 | $ 6.00 | $ 6.00 |
| 10/30/17 - 11/12/17 | 4.97 | $ 12.00 | $ 6.00 | $ 29.82 |
| 10/16/17 - 10/29/17 | 7.03 | $ 12.00 | $ 6.00 | $ 42.18 |
| 10/02/17 - 10/15/17 | 0.00 | $ 12.00 | $ 6.00 | $ - |
| 9/18/17 - 10/01/17 | 4.90 | $ 12.00 | $ 6.00 | $ 29.40 |
| 09/04/17 - 09/17/17 | 4.10 | $ 12.00 | $ 6.00 | $ 24.60 |
| 08/21/17 - 09/03/17 | 2.77 | $ 12.00 | $ 6.00 | $ 16.62 |
| 08/07/17 - 08/20/17 | 14.90 | $ 12.00 | $ 6.00 | $ 89.40 |
| 07/24/17 - 08/06/17 | 8.48 | $ 12.00 | $ 6.00 | $ 50.88 |
| 07/10/17 - 07/23/17 | 6.85 | $ 12.00 | $ 6.00 | $ 41.10 |
| 06/26/17 - 07/09/17 | 9.18 | $ 12.00 | $ 6.00 | $ 55.08 |
| 06/12/17 - 06/25/17 | 4.83 | $ 12.00 | $ 6.00 | $ 28.98 |
| 05/29/17 - 06/11/17 | 8.00 | $ 12.00 | $ 6.00 | $ 48.00 |
| 05/15/17 - 05/28/17 | 9.88 | $ 12.00 | $ 6.00 | $ 59.28 |
| 05/01/17 - 05/14/17 | 14.33 | $ 12.00 | $ 6.00 | $ 85.98 |
| 04/17/17 - 04/30/17 | 12.92 | $ 12.00 | $ 6.00 | $ 77.52 |
| 04/03/17 - 04/16/17 | 5.38 | $ 12.00 | $ 6.00 | $ 32.28 |
| 03/20/17 - 04/02/17 | 4.37 | $ 12.00 | $ 6.00 | $ 26.22 |
| 03/06/17 - 03/19/17 | 8.70 | $ 12.00 | $ 6.00 | $ 52.20 |
| 02/20/17 - 03/05/17 | 10.62 | $ 12.00 | $ 6.00 | $ 63.72 |
| 02/06/17 - 02/19/17 | 8.95 | $ 12.00 | $ 6.00 | $ 53.70 |
| 01/23/17 - 02/05/17 | 0.00 | $ 12.00 | $ 6.00 | $ - |
| 01/09/17 - 01/22/17 | 5.78 | $ 12.00 | $ 6.00 | $ 34.68 |
| 12/26/19 - 01/08/17 | 6.88 | $ 12.00 | $ 6.00 | $ 41.28 |
| 12/12/16 - 12/25/16 | 12.85 | $ 12.00 | $ 6.00 | $ 77.10 |
| 11/28/16 - 12/11/16 | 7.23 | $ 12.00 | $ 6.00 | $ 43.38 |
| 11/14/16 - 11/27/16 | 3.35 | $ 12.00 | $ 6.00 | $ 20.10 |
| 10/31/16 - 11/13/16 | 5.48 | $ 12.00 | $ 6.00 | $ 32.88 |
| 10/17/16 - 10/30/16 | 3.25 | $ 12.00 | $ 6.00 | $ 19.50 |
| 10/03/16 - 10/16/16 | 1.60 | $ 12.00 | $ 6.00 | $ 9.60 |
| 9/19/16 - 10/02/16 | 12.57 | $ 12.00 | $ 6.00 | $ 75.42 |
| 09/05/16 - 09/18/16 | 12.67 | $ 12.00 | $ 6.00 | $ 76.02 |
| 08/22/16 - 09/04/16 | 14.17 | $ 12.00 | $ 6.00 | $ 85.02 |
| 08/08/16 - 08/21/16 | 9.30 | $ 12.00 | $ 6.00 | $ 55.80 |
| 07/25/16 - 08/07/16 | 2.98 | $ 12.00 | $ 6.00 | $ 17.88 |
| 7/11/16 - 7/24/16 | 3.70 | $ 12.00 | $ 6.00 | $ 22.20 |
| 06/27/16 - 07/10/16 | 13.92 | $ 12.00 | $ 6.00 | $ 83.52 |
| 06/13/16 / 06/26/16 | 10.90 | $ 12.00 | $ 6.00 | $ 65.40 |
| 05/30/16 - 06/12/16 | 21.47 | $ 12.00 | $ 6.00 | $ 128.82 |
| 05/16/16 - 05/29/16 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| 05/02/16 - 05/15/16 | 4.53 | $ 10.50 | $ 5.25 | $ 23.78 |
| 04/18/16 - 05/01/16 | 1.55 | $ 10.50 | $ 5.25 | $ 8.14 |
| 04/04/16 - 04/17/16 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| 03/21/16 - 04/03/16 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| 03/07/16 - 03/20/16 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| 2/22/2016 - 03/06/16 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| **TOTALS:** | **315.48** | | | **$ 1,888.32** |

*Three Years Back, through 3/7/16.*

| Half-Time Owed X3 |
|---|
| $ 5,664.96 |

**Johnathan Taylor**

| | Employed: | 11/30/16 thru 5/28/17 | *Not employed with Giuseppe's from 5/29/17 through 9/13/17* |
|---|---|---|---|
| | Employed Again: | 9/14/17 thru 4/28/18 | |

| Pay Period | OT hours | Reg.Pay Rate | Half-pay | Half-time owed |
|---|---|---|---|---|
| 4/16/18 - 4/29/18 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| 4/2/18 - 4/15/18 | 1.65 | $ 10.50 | $ 5.25 | $ 8.66 |
| 3/19/18 - 4/1/18 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| 3/5/18 - 3/18/18 | 3.53 | $ 10.50 | $ 5.25 | $ 18.53 |
| 2/19/18 - 3/4/18 | 4.07 | $ 10.50 | $ 5.25 | $ 21.37 |
| 2/5/18 - 2/18/18 | 11.03 | $ 10.50 | $ 5.25 | $ 57.91 |
| 1/22/18 - 2/4/18 | 1.88 | $ 10.50 | $ 5.25 | $ 9.87 |
| 01/08/18 - 01/21/18 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 12/25/17 - 01/07/18 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 12/11/17 - 12/24/17 | 2.90 | $ 10.00 | $ 5.00 | $ 14.50 |
| 11/27/17 - 12/10/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 11/13/17 - 11/26/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 10/30/17 - 11/12/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 10/16/17 - 10/29/17 | 0.62 | $ 10.00 | $ 5.00 | $ 3.10 |
| 10/02/17 - 10/15/17 | 1.93 | $ 10.00 | $ 5.00 | $ 9.65 |
| 9/18/17 - 10/01/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 09/04/17 - 09/17/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| Not employed with Giuseppe's from 5/28/17 through 9/13/17 | | | | |
| 05/15/17 - 05/28/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 05/01/17 - 05/14/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 04/17/17 - 04/30/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 04/03/17 - 04/16/17 | 1.17 | $ 9.50 | $ 4.75 | $ 5.56 |
| 03/20/17 - 04/02/17 | 0.00 | $ 9.50 | $ 4.75 | $ - |
| 03/06/17 - 03/19/17 | 0.00 | $ 9.50 | $ 4.75 | $ - |
| 02/20/17 - 03/05/17 | 0.00 | $ 9.50 | $ 4.75 | $ - |
| 02/06/17 - 02/19/17 | 1.57 | $ 9.50 | $ 4.75 | $ 7.46 |
| 01/23/17 - 02/05/17 | 0.00 | $ 9.00 | $ 4.50 | $ - |
| 01/09/17 - 01/22/17 | 0.00 | $ 9.00 | $ 4.50 | $ - |
| 12/26/16 - 01/08/17 | 0.00 | $ 9.00 | $ 4.50 | $ - |
| 12/12/16 - 12/25/16 | 0.00 | $ 9.00 | $ 4.50 | $ - |
| 11/28/16 - 12/11/16 | 0.00 | $ 9.00 | $ 4.50 | $ - |
| **TOTALS:** | **30.35** | | | **$ 156.61** |

**Half-Time Owed X 3: $ 469.83**

## Katherine Taylor
Employed:   7/22/16 thru 9/23/18

| Pay Period | OT hours | Reg.Pay Rate | Half-pay | Half-time owed |
|---|---|---|---|---|
| 09/17/18 - 09/30/18 | 0.00 | $ 12.00 | $ 6.00 | $ - |
| 09/03/18 -09/16/18 | 0.00 | $ 12.00 | $ 6.00 | $ - |
| 8/20/18 - 09/02/18 | 0.00 | $ 12.00 | $ 6.00 | $ - |
| 08/06/18 - 08/19/18 | 2.10 | $ 12.00 | $ 6.00 | $ 12.60 |
| 07/23/18 - 08/05/18 | 6.50 | $ 12.00 | $ 6.00 | $ 39.00 |
| 07/09/18 - 07/22/18 | 2.25 | $ 12.00 | $ 6.00 | $ 13.50 |
| 06/25/18 - 07/08/18 | 3.43 | $ 12.00 | $ 6.00 | $ 20.58 |
| 06/11/18 -06/24/18 | 3.78 | $ 12.00 | $ 6.00 | $ 22.68 |
| 05/28/18 - 06/10/18 | 9.17 | $ 12.00 | $ 6.00 | $ 55.02 |
| 05/14/18 - 05/27/18 | 13.05 | $ 12.00 | $ 6.00 | $ 78.30 |
| 04/30/18 - 05/13/18 | 15.58 | $ 12.00 | $ 6.00 | $ 93.48 |
| 4/16/18 - 4/29/18 | 13.72 | $ 12.00 | $ 6.00 | $ 82.32 |
| 4/2/18 - 4/15/18 | 15.15 | $ 11.00 | $ 5.50 | $ 83.33 |
| 3/19/18 - 4/1/18 | 3.80 | $ 11.00 | $ 5.50 | $ 20.90 |
| 3/5/18 - 3/18/18 | 3.77 | $ 11.00 | $ 5.50 | $ 20.74 |
| 2/19/18 - 3/4/18 | 2.07 | $ 11.00 | $ 5.50 | $ 11.39 |
| 2/5/18 - 2/18/18 | 13.00 | $ 11.00 | $ 5.50 | $ 71.50 |
| 1/22/18 - 2/4/18 | 2.25 | $ 11.00 | $ 5.50 | $ 12.38 |
| 01/08/18 - 01/21/18 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| 12/25/17 -01/07/18 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| 12/11/17 - 12/24/17 | 3.47 | $ 10.50 | $ 5.25 | $ 18.22 |
| 11/27/17 - 12/10/17 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| 11/13/17 - 11/26/17 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| 10/30/17 - 11/12/17 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| 10/16/17 - 10/29/17 | 1.05 | $ 10.50 | $ 5.25 | $ 5.51 |
| 10/02/17 - 10/15/17 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| 9/18/17 - 10/01/17 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| 09/04/17 - 09/17/17 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| 08/21/17 - 09/03/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 08/07/17 - 08/20/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 07/24/17 - 08/06/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 07/10/17 - 07/23/17 | 0.52 | $ 10.00 | $ 5.00 | $ 2.60 |
| 06/26/17 - 07/09/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 06/12/17 - 06/25/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 05/29/17 - 06/11/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 05/15/17 - 05/28/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |
| 05/01/17 - 05/14/17 | 2.68 | $ 10.00 | $ 5.00 | $ 13.40 |
| 04/17/17 - 04/30/17 | 0.00 | $ 10.00 | $ 5.00 | $ - |

| Period | Hours | | Rate | | Half | | Amount | |
|---|---|---|---|---|---|---|---|---|
| 04/03/17 -04/16/17 | 0.00 | $ | 9.50 | $ | 4.75 | $ | - | |
| 03/20/17 - 04/02/17 | 0.00 | $ | 9.50 | $ | 4.75 | $ | - | |
| 03/06/17 - 03/19/17 | 0.00 | $ | 9.50 | $ | 4.75 | $ | - | |
| 02/20/17 - 03/05/17 | 0.00 | $ | 9.50 | $ | 4.75 | $ | - | |
| 02/06/17 - 02/19/17 | 1.23 | $ | 9.50 | $ | 4.75 | $ | 5.84 | |
| 01/23/17 - 02/05/17 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | |
| 01/09/17 - 01/22/17 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | |
| 12/26/16 -01/08/17 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | |
| 12/12/16 - 12/25/16 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | |
| 11/28/16 - 12/11/16 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | |
| 11/14/16 - 11/27/16 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | |
| 10/31/16 - 11/13/16 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | |
| 10/17/16 -10/30/16 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | |
| 10/03/16 - 10/16/16 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | |
| 9/19/16 -10/02/16 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | |
| 09/05/16 -09/18/16 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | |
| 08/22/16 -09/04/16 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | |
| 08/08/16 - 08/21/16 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | **Half-Time** |
| 07/25/16 - 08/07/16 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | **Owed X 3** |
| 7/11/16 - 7/24/16 | 0.00 | $ | 9.00 | $ | 4.50 | $ | - | **$ 2,049.82** |
| **TOTALS:** | **118.57** | | | | | $ | **683.27** | |

Katherine Taylor Over-time hours accrued 2

**Justin Van Pelt**

First Day worked: 7/25/2017
Last Day worked: 3/16/2018

| Pay Period | OT hours | Reg.Pay Rate | Half-pay | Half-time owed |
|---|---|---|---|---|
| 3/5/18 - 3/18/18 | 0.00 | $ 11.00 | $ 5.50 | $ - |
| 2/19/18 - 3/4/18 | 0.00 | $ 11.00 | $ 5.50 | $ - |
| 2/5/18 - 2/18/18 | 0.00 | $ 11.00 | $ 5.50 | $ - |
| 1/22/18 - 2/4/18 | 0.00 | $ 11.00 | $ 5.50 | $ - |
| 01/08/18 - 01/21/18 | 0.00 | $ 11.00 | $ 5.50 | $ - |
| 12/25/17 - 01/07/18 | 0.00 | $ 11.00 | $ 5.50 | $ - |
| 12/11/17 - 12/24/17 | 2.97 | $ 11.00 | $ 5.50 | $ 16.34 |
| 11/27/17 - 12/10/17 | 0.00 | $ 11.00 | $ 5.50 | $ - |
| 11/13/17 - 11/26/17 | 0.00 | $ 11.00 | $ 5.50 | $ - |
| 10/30/17 - 11/12/17 | 0.00 | $ 11.00 | $ 5.50 | $ - |
| 10/16/17 - 10/29/17 | 0.00 | $ 11.00 | $ 5.50 | $ - |
| 10/02/17 - 10/15/17 | 0.00 | $ 11.00 | $ 5.50 | $ - |
| 9/18/17 - 10/01/17 | 0.00 | $ 11.00 | $ 5.50 | $ - |
| 09/04/17 - 09/17/17 | 0.00 | $ 11.00 | $ 5.50 | $ - |
| 08/21/17 - 09/03/17 | 0.00 | $ 11.00 | $ 5.50 | $ - |
| 08/07/17 - 08/20/17 | 2.98 | $ 10.50 | $ 5.25 | $ 15.65 |
| 07/24/17 - 08/06/17 | 0.00 | $ 10.50 | $ 5.25 | $ - |
| **Total Hours of Over-Time** | **5.95** | | | **$ 31.98** |

| Half-Time Owed X3 |
|---|
| $ 95.94 |